JEFFREY HUGHES (N.Y. Bar No. 5367214)
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 532-3080
Fax: (202) 514-8865
Email: jeffrey.hughes@usdoj.gov

*Attorney for Defendant Michael S. Regan,
in his official capacity as Administrator
of the United States Environmental Protection Agency*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br> v. <br><br> MICHAEL S. REGAN, in his official capacity as Administrator, United States Environmental Protection Agency, <br><br> Defendant. | Case No. 3:22-cv-01855-WHO <br><br> **STIPULATION AND ORDER TO STAY ALL DEADLINES** |

Pursuant to Civil Local Rule 6-1(b), Plaintiffs Center for Biological Diversity, Center for Environmental Health, Environmental Integrity Project, and WildEarth Guardians ("Plaintiffs") and Defendant Michael S. Regan, in his official capacity as the Administrator of the United States Environmental Protection Agency ("Defendant," and together with Plaintiffs, the "Parties") jointly stipulate to stay all proceedings in this case for 30 days, with a status report due at the conclusion of the 30 days. The basis for this request is that the Parties have agreed to a tentative settlement of this action pending EPA and DOJ review and an opportunity for public comment pursuant to Clean Air Act § 113(g), 42 U.S.C. § 7413(g). In support of this stipulation and proposed order, the Parties state as follows:

1. Plaintiffs filed a motion for summary judgment on June 10, 2022. Dkt. No. 19. Pursuant to Civil Local Rule 7-3(a) & (c), Defendant's opposition to Plaintiffs' motion for summary judgment is

June 24, 2022 and Plaintiffs reply is due by July 1, 2022. Plaintiffs noticed a hearing date of July 20, 2022 at 2:00pm.

2. This is the third request for a time modification. First, the Parties previously stipulated to an extension of Defendant's answering deadline from May 31, 2022 to June 14, 2022. *See* Dkt. No. 13. Second, the Parties made a stipulated request for an order to set the briefing schedule for Plaintiffs' motion for summary judgment, *see* Dkt. No. 21; this stipulated request remains pending.

3. On June 23, 2022 the Court set the Case Management Conference for September 20, 2022. *See* Dkt. No. 24.

4. The Parties have reached a tentative settlement of this action. Approval of any settlement on behalf of EPA requires review and approval by the appropriate officials at EPA and the United States Department of Justice, as well as compliance with the notice and comment requirements of 42 U.S.C. § 7413(g). Approval of the settlement on behalf of Plaintiffs requires review and approval by various decision makers in the Center for Biological Diversity, Center for Environmental Health, Environmental Integrity Project, and WildEarth Guardians.

Accordingly, the Parties stipulate to and request that the Court enter an order staying all proceedings, including the briefing deadlines, for 30 days from the date of the Court's order, with a status report due at the conclusion of the 30 days.

Date: June 24, 2022                    Respectfully Submitted,

/s/ Ryan Maher
Ryan Maher (*Pro Hac Vice*)
Center for Biological Diversity
1411 K Street NW
Suite 1300
Washington, D.C. 20005
Tel: (781) 325-6303
E-mail: rmaher@biologicaldiversity.org

Robert Ukeiley (*Pro Hac Vice*)
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
Tel: (720) 496-8568
E-mail: rukeiley@biologicaldiversity.org

Hollin N. Kretzmann
Center for Biological Diversity
1212 Broadway
Suite 800
Oakland, CA 94612
Tel: (510) 844-7118
Email: hkretzmann@gmail.com

*Attorneys for Plaintiffs*

Date: June 24, 2022					Respectfully Submitted,

					*/s/ Jeffrey Hughes*
					JEFFREY HUGHES (N.Y. Bar No. 5367214)
					United States Department of Justice
					Environment & Natural Resources Division
					P.O. Box 7611
					Washington, D.C. 20044
					Tel: (202) 532-3080
					Email: jeffrey.hughes@usdoj.gov

					*Attorney for Defendant*

					\*   \*   \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   June 28, 2022			_____
					WILLIAM H. ORRICK
					United States District Judge

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(h)(3), I, Jeffrey Hughes, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

*/s/ Jeffrey Hughes*
Jeffrey Hughes
United States Department of Justice
