JEFFREY HUGHES (N.Y. Bar No. 5367214)
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 532-3080
Fax: (202) 514-8865
Email: jeffrey.hughes@usdoj.gov

*Attorney for Defendant Michael S. Regan,
in his official capacity as Administrator
of the United States Environmental Protection Agency*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator, United States Environmental Protection Agency,<br><br>　　　　　　Defendant. | Case No. 3:22-cv-01855-WHO<br><br>**STATUS REPORT, STIPULATION, AND [PROPOSED] ORDER TO EXTEND STAY OF ALL DEADLINES** |

　　　　Pursuant to this Court's June 28, 2022 Order staying all deadlines in this case and Civil Local Rule 6-1(b), Plaintiffs Center for Biological Diversity, Center for Environmental Health, Environmental Integrity Project, and WildEarth Guardians ("Plaintiffs") and Defendant Michael S. Regan, in his official capacity as the Administrator of the United States Environmental Protection Agency ("Defendant," and together with Plaintiffs, the "Parties") jointly provide this status report and stipulate to stay all proceedings in this case for an additional 45 days.

　　　　1.　　On June 24, 2022, the Parties made a stipulated request to stay all deadlines, as they had reached a tentative settlement of this action pending EPA and United States Department of Justice review. Dkt. No. 25. The Court granted the Parties' stipulated request on June 28, 2022. Dkt. No. 26.

　　　　2.　　Since the Court stayed the deadlines in this case, the Parties have agreed on the form of a Consent Decree that would resolve this action (the "Proposed Consent Decree"). However, § 113(g)

1  of the Clean Air Act requires that "[a]t least 30 days before a consent order . . . to which the United States is a party . . . is final or filed with a Court, [EPA] shall provide a reasonable opportunity by notice in the Federal Register to persons . . . to comment in writing." 42 U.S.C. § 7413(g). As a result, EPA published a notice of the Proposed Consent Decree in the Federal Register on July 27, 2022. 87 Fed. Reg. 45104 (July 27, 2022). The public comment period closes on August 26, 2022.

3. Unless EPA receives comments warranting otherwise, the parties intend to execute, and move for entry of, the Proposed Consent Decree.

4. This is the fourth request for a time modification. First, the Parties previously stipulated to an extension of Defendant's answering deadline from May 31, 2022 to June 14, 2022. Dkt. No. 13. Second, the Parties made a stipulated request for an order to set the briefing schedule for Plaintiffs' motion for summary judgment. Dkt. No. 21. Finally, the Parties made a stipulated request to stay deadlines in this case on June 28, 2022. Dkt. No. 25.

5. Accordingly, the Parties stipulate to and request that the Court enter an order staying all proceedings, including the briefing deadlines, for an additional 45 days from the date of the Court's order.

Date: July 27, 2022

Respectfully Submitted,

*/s/ Ryan Maher*
Ryan Maher (*Pro Hac Vice*)
Center for Biological Diversity
1411 K Street NW
Suite 1300
Washington, D.C. 20005
Tel: (781) 325-6303
E-mail: rmaher@biologicaldiversity.org

Robert Ukeiley (*Pro Hac Vice*)
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
Tel: (720) 496-8568
E-mail: rukeiley@biologicaldiversity.org

Hollin N. Kretzmann
Center for Biological Diversity
1212 Broadway
Suite 800
Oakland, CA 94612
Tel: (510) 844-7118
Email: hkretzmann@gmail.com

*Attorneys for Plaintiffs*

Date: July 27, 2022			Respectfully Submitted,

			*/s/ Jeffrey Hughes*
			JEFFREY HUGHES (N.Y. Bar No. 5367214)
			United States Department of Justice
			Environment & Natural Resources Division
			P.O. Box 7611
			Washington, D.C. 20044
			Tel: (202) 532-3080
			Email: jeffrey.hughes@usdoj.gov

			*Attorney for Defendant*

			\*   \*   \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____
			WILLIAM H. ORRICK
			United States District Judge

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(h)(3), I, Jeffrey Hughes, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

                                                */s/ Jeffrey Hughes*
                                                Jeffrey Hughes
                                                United States Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of July, 2022, a true and correct copy of the foregoing Status Report, Stipulation and [Proposed] Order to Stay All Deadlines was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Jeffrey Hughes*
Jeffrey Hughes
United States Department of Justice