JEFFREY HUGHES (N.Y. Bar No. 5367214)
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 532-3080
Fax: (202) 514-8865
Email: jeffrey.hughes@usdoj.gov

*Attorney for Defendant Michael S. Regan,*
*in his official capacity as Administrator*
*of the United States Environmental Protection Agency*

[additional counsel listed in signature block]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency, <br><br> Defendant. | Case No. 3:22-cv-01855-WHO <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER** |

Pursuant to Civil L.R. 6-1(b), Defendant Michael S. Regan, in his official capacity as the Administrator of the United States Environmental Protection Agency ("EPA"), and the Center for Biological Diversity, the Center for Environmental Health, the Environmental Integrity Project, and WildEarth Guardians ("Plaintiffs" and with EPA, the "Parties"), stipulate to and request that the Court enter an order dismissing this case with prejudice and terminating the consent decree. In support of this stipulation, the parties state as follows:

1.  On September 14, 2022, the Court entered a consent decree resolving the substantive claims in this case. Dkt. No. 30 (the "Consent Decree"). The Consent Decree did not resolve Plaintiffs' claim for costs of litigation; the Parties subsequently settled that claim.

2.  The Consent Decree required EPA to (1) by September 15, 2022, sign a notice of final rulemaking determining whether Dallas-Fort Worth, Texas; Greater Connecticut, Connecticut; Houston-Galveston-Brazoria, Texas; New York-North New Jersey-Long Island, New York-New Jersey-Connecticut; and Denver-Boulder-Greeley-Ft. Collins-Loveland, Colorado attained the 2008 Ozone NAAQS by July 20, 2021; (2) by December 16, 2022, sign a notice of final rulemaking determining whether Nevada County (Western part), California and Ventura County, California attained the 2008 Ozone NAAQS by July 20, 2021; and (3) within 15 business days of signature, send the rulemaking package for each of the actions to the Office of the Federal Register for review and publication in the *Federal Register*. *See id.* ¶¶ 1, 3.

3.  EPA timely completed the actions required by the Consent Decree. *See* Determinations of Attainment by the Attainment Date, Extensions of the Attainment Date, and Reclassification of Areas Classified as Serious for the 2008 Ozone National Ambient Air Quality Standards, 87 Fed. Reg. 60926 (Oct. 7, 2022) (Dallas-Fort Worth, Texas; Greater Connecticut, Connecticut; Houston-Galveston-Brazoria, Texas; New York-North New Jersey-Long Island, New York-New Jersey-Connecticut; and Denver-Boulder-Greeley-Ft. Collins-Loveland, Colorado); Determinations of Attainment by the Attainment Date, California Areas Classified as Serious for the 2008 Ozone National Ambient Air Quality Standards and Marginal for the 2015 Ozone National Ambient Air Quality Standards, 87 Fed. Reg. 63698 (Oct. 20, 2022) (Nevada County (Western part), California and Ventura County, California).

4.  The Consent Decree additionally provides that after EPA completed the actions described *supra* in Paragraph 2 of this Stipulation and [Proposed] Order and the parties have resolved Plaintiffs' claim for costs of litigation, "the above-captioned matter shall be dismissed with prejudice and this Consent Decree shall terminate." Dkt. No. 30 ¶ 4.

5. Therefore, the parties stipulate to and request that the Court enter an order dismissing this case with prejudice and terminating the Consent Decree.

Respectfully submitted,

Date: June 6, 2023

*/s/ Jeffrey Hughes*
JEFFREY HUGHES (N.Y. Bar No. 5367214)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 532-3080
Email: jeffrey.hughes@usdoj.gov

*Attorney for Defendant*

*/s/ Ryan Maher*
Ryan Maher (*Pro Hac Vice*)
Center for Biological Diversity
1411 K Street NW
Suite 1300
Washington, D.C. 20005
Tel: (781) 325-6303
E-mail: rmaher@biologicaldiversity.org

Robert Ukeiley (*Pro Hac Vice*)
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
Tel: (720) 496-8568
E-mail: rukeiley@biologicaldiversity.org

Hollin N. Kretzmann
Center for Biological Diversity
1212 Broadway
Suite 800
Oakland, CA 94612
Tel: (510) 844-7118
Email: hkretzmann@gmail.com

*Attorneys for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: _____              _____
                                            WILLIAM H. ORRICK
                                            United States District Judge

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I, Jeffrey Hughes, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey Hughes
　　　　　　　　　　　　　　　　　　　　Jeffrey Hughes
　　　　　　　　　　　　　　　　　　　　United States Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

>   */s/ Jeffrey Hughes*
>   Jeffrey Hughes
>   United States Department of Justice